IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THE ROSKAMP INSTITUTE, INC. ARCHER PHARMACEUTICALS, INC., and ROBERT ROSKAMP, | : : : : : | CIVIL ACTION |
| Plaintiffs, | : : | |
| v. | : : | NO.   15-3641 |
| ALZHEIMER'S INSTITUTE OF AMERICA, INC., ALZHEIMER'S INSTITUTE OF AMERICA FOUNDATION, INC., and RONALD SEXTON, | : : : : : : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this *22nd* day of *October*, 2015, upon consideration of the Motion for Remand of Plaintiffs The Roskamp Institute, Inc., Archer Pharmaceuticals, Inc., and Robert Roskamp (Docket No. 9) and the Response of Defendants Alzheimer's Institute of America, Inc., Alzheimer's Institute of America Foundation, Inc., and Ronald Sexton (Docket No. 11), it is hereby **ORDERED** that the Motion is **DENIED**.

It is so **ORDERED**.

BY THE COURT:

*s/ Ronald L. Buckwalter*
RONALD L. BUCKWALTER, S.J.