IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THE ROSKAMP INSTITUTE, INC., ARCHER PHARMACEUTICALS, INC., and ROBERT ROSKAMP,<br><br>Plaintiffs,<br>v.<br><br>ALZHEIMER'S INSTITUTE OF AMERICA, INC., ALZHEIMER'S INSTITUTE OF AMERICA FOUNDATION, INC., and RONALD SEXTON,<br><br>Defendants. | Civil Action No. 2:15-cv-03641-RBS |
| AIA AMERICA, INC. F/K/A/ ALZHEIMER'S INSTITUTE OF AMERICA, INC.,<br>Counterclaim Plaintiff,<br>v.<br><br>ARCHER PHARMECEUTICALS, INC., ROBERT ROSKAMP, and THE ROSKAMP INSTITUTE, INC.,<br><br>Counterclaim Defendants,<br><br>and<br><br>ROSKAMP RESEARCH, LLC,<br><br>Additional Counterclaim Defendant. | |

## STIPULATION OF DISMISSAL

The above-captioned matter having been settled by and between the named parties, it is hereby stipulated and agreed that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the above litigation be and hereby is dismissed WITH PREJUDICE and without costs and/or attorneys' fees as to any party.

KAUFMAN, COREN & RESS, P.C.

By: _____
Steven M. Coren, Esq.

Dated: 3-7-16

*Attorneys for The Roskamp Institute, Inc.,
Archer Pharmaceuticals, Inc., Robert Roskamp
and Roskamp Research, LLC*

FOX ROTHSCHILD LLP

By: _____
Peter C. Buckley, Esq.

Dated: 3-7-16

*Attorneys for Alzheimer's Institute of
America, Inc., Alzheimer's Institute of
America Foundation, Inc. and Ronald Sexton*

APPROVED BY THE COURT THIS 8th DAY OF March, 2016

_____
R. BARCLAY SURRICK, J.

Faxed 3/8/16
J. Coren
S. Senta
M. Williams
G. Buckley
C. Luce